736

NATIONAL SURETY COMPANY v. AMERICAN EXCHANGE-PACIFIC NATIONAL BANK, THE NEW YORK TRUST COMPANY and BANK OF SHEEPSHEAD BAY.— Motion granted, with ten dollars costs, unless appellant American Exchange-Pacific National Bank procure the proposed record on appeal to be served on the attorney for the respondent on or before February 24, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL SURETY COMPANY v. NASSAU NATIONAL BANK OF BROOKLYN and Others.— Motion granted, with ten dollars costs, unless appellant Bank of Sheepshead Bay procure the proposed record on appeal to be served on the attorney for the respondent on or before February 24, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL SURETY COMPANY v. NASSAU NATIONAL BANK OF BROOKLYN and Others.— Motion granted, with ten dollars costs, unless appellant Nassau National Bank of Brooklyn procure the proposed record on appeal to be served upon the attorney for the respondent on or before February 24, 1931. Present — Finch; McAvoy, Martin and O'Malley, JJ.

NATIONAL SURETY COMPANY v. IRVING BANK-COLUMBIA TRUST COMPANY and Others.— Motion granted, with ten dollars costs, unless appellant Irving Bank-Columbia Trust Company procure the record on appeal to be served upon the respondent on or before February 24, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD SCHAFF.— Motion to dismiss appeal granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PEARL LLOYD.— Motion to dismiss appeal granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IDA MARS.— Motion to dismiss appeal granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.